UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUDY WANG,

       Plaintiff(s),                    No. C 12-1785 PJH

  v.                              **JUDGMENT**

LARRY PAGE, et al.,

       Defendant(s).

_____/

The court having entered an order dismissing this case, the complaint is dismissed without prejudice.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 10, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge